**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF NEW YORK

Case number *(if known)* _____   Chapter   11

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| **1.** | **Debtor's name** | Waterbury Realty, LLC |
| **2.** | **All other names debtor used in the last 8 years**  Include any assumed names, trade names and *doing business as* names | |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | 22-3826756 |

| | | | |
|---|---|---|---|
| **4.** | **Debtor's address** | **Principal place of business**  c/o David Holand  2447 3rd Avenue  Bronx, NY 10451  Number, Street, City, State & ZIP Code  Bronx  County | **Mailing address, if different from principal place of business**  P.O. Box, Number, Street, City, State & ZIP Code  **Location of principal assets, if different from principal place of business**  730 North Main Street Waterbury, CT 06704  Number, Street, City, State & ZIP Code |
| **5.** | **Debtor's website** (URL) | | |
| **6.** | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  ☐ Partnership (excluding LLP)  ☐ Other. Specify: | |

Debtor  Waterbury Realty, LLC                                                                    Case number (*if known*)
     Name

**7. Describe debtor's business**

A. *Check one:*
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ■ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☐ None of the above

B. *Check all that apply*
- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11. *Check all that apply*:
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

- ■ No.
- ☐ Yes.

If more than 2 cases, attach a separate list.

District _____  When _____  Case number _____
District _____  When _____  Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

- ■ No
- ☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____  Relationship _____
District _____  When _____  Case number, if known _____

Debtor  Waterbury Realty, LLC                                           Case number (*if known*)
         Name

**11. Why is the case filed in *this district*?**  *Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ■ No
- ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard?  _____
- ☐ It needs to be physically secured or protected from the weather.
- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- ☐ Other  _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
- ☐ No
- ☐ Yes.  Insurance agency  _____
         Contact name  _____
         Phone  _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**   *Check one:*

- ■ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor   Waterbury Realty, LLC                                           Case number (*if known*)
         Name

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   June 17, 2016
              MM / DD / YYYY

**X** /s/ David Holand                                          David Holand
Signature of authorized representative of debtor                Printed name

Title   Authorized Member

**18. Signature of attorney**

**X** /s/ Jonathan S. Pasternak                                 Date   June 17, 2016
Signature of attorney for debtor                                       MM / DD / YYYY

Jonathan S. Pasternak
Printed name

DelBello Donnellan Weingarten Wise & Wiederkehr, LLP
Firm name

One North Lexington Avenue
White Plains, NY 10601
Number, Street, City, State & ZIP Code

Contact phone   (914) 681-0200        Email address

Bar number and State

# United States Bankruptcy Court
## Southern District of New York

In re   Waterbury Realty, LLC                                    Case No.
                        Debtor(s)                                 Chapter   11

# VERIFICATION OF CREDITOR MATRIX

I, the Authorized Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   June 17, 2016                    /s/ David Holand
                                         David Holand/Authorized Member
                                         Signer/Title

```
CITY OF WATERBURY DEPT REVENUE
CITY HALL BUILDING
235 GRAND STREET
WATERBURY, CT 06702


GREAT BROOK REALTY, INC.
730 NORTH MAIN STREET
WATERBURY, CT 06704


INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATI
P.O. BOX 7346
PHILADELPHIA, PA 19101-7346


INTERNAL REVENUE SERVICE
2970 MARKET STREET
MAIL STOP 5-Q30-133
PHILADELPHIA, PA 19104-5016


MICHAEL H. MAIZES, ESQ.
MAIZES & MAIZES LLP
2027 WILLIAMSBRIDGE RD  2ND FL
BRONX, NY 10461


NICHOLAS CAPUTO
ROBINSON BROG LEINWAND ET ALS.
875 THIRD AVENUE
NEW YORK, NY 10022


NYC DEPARTMENT OF FINANCE
345 ADAMS STREET, 3RD FLOOR
ATTN: LEGAL AFFAIRS DIVISION
BROOKLYN, NY 11201-3719


NYS DEPAT. OF TAX & FINANCE
BANKRUPTCY SPECIAL PROCEDURES
 P.O. BOX 5300
ALBANY, NY 12205-0300


NYS UNEMPLOYMENT INSURANC
FUND
P.O. BOX 551
ALBANY, NY 12201
```

```
OFFICE OF THE U.S. TRUSTEE
US FEDERAL OFFICE BUILDING
201 VARICK STREET, STE 1006
NEW YORK, NY 10014


TAX COLLECTOR
CITY OF WATERBURY
P.O. BOX 2556
WATERBURY, CT 06723-2556


UNITED STATES ATTORNEY
TAX AND BANKRUPTCY UNIT
86 CHAMBERS ST., 3RD FLOOR
NEW YORK, NY 10007
```

# United States Bankruptcy Court
## Southern District of New York

In re   Waterbury Realty, LLC
Debtor(s)

Case No.
Chapter   11

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  Waterbury Realty, LLC  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

June 17, 2016
Date

/s/ Jonathan S. Pasternak
Jonathan S. Pasternak
Signature of Attorney or Litigant
Counsel for  Waterbury Realty, LLC
DelBello Donnellan Weingarten Wise & Wiederkehr, LLP
One North Lexington Avenue
White Plains, NY 10601
(914) 681-0200 Fax:(914) 684-0288

**United States Bankruptcy Court**
**Southern District of New York**

In re  Waterbury Realty, LLC

Debtor(s)

Case No.
Chapter  11

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, David Holand, declare under penalty of perjury that I am the authorized Member of Waterbury Realty, LLC, and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on the 17th day of June, 2016.

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that David Holand, authorized Member of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that David Holand, authorized Member of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that David Holand, authorized Member of this Corporation is authorized and directed to employ Jonathan S. Pasternak, attorney and the law firm of DelBello Donnellan Weingarten Wise & Wiederkehr, LLP to represent the corporation in such bankruptcy case."

Date  June 17, 2016

Signed  /s/ David Holand
David Holand

Resolution of Board of Directors
of
Waterbury Realty, LLC

    Whereas, it is in the best interest of this corporation to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

    Be It Therefore Resolved, that David Holand, authorized Member of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the corporation; and

    Be It Further Resolved, that David Holand, authorized Member of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

    Be It Further Resolved, that David Holand, authorized Member of this Corporation is authorized and directed to employ Jonathan S. Pasternak, attorney and the law firm of DelBello Donnellan Weingarten Wise & Wiederkehr, LLP to represent the corporation in such bankruptcy case.

Date June 17, 2016          Signed /s/ David Holand
                                                                                David Holand,